UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:07:CR:24

v.

                                        HON. GORDON J. QUIST

ENRIQUE CAMACHO-ESCARCEGA,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 21, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Enrique Camacho-Escarcega's plea of guilty to Count One of the Indictment is accepted. Defendant Enrique Camacho-Escarcega is adjudicated guilty.

3. Defendant Enrique Camacho-Escarcega shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 5, 2007                                                  /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE